Honorable James L. Robart

United States District Court
Western District of Washington At Seattle

Regina Wilkes,

       Plaintiffs,

vs.

Holland America Line Inc., a Washington
Coporation; Holland America Line-USA
Inc., a Delaware corporation; Holland
America Line N.V. dba Holland America
Line N.V. LLC, a foreign corporation; HAL
Antillen N.V., a Curacao corporation, and
HAL Nederland N.V., a Curacao corporation

       Defendants.

No.  17-cv-00165-JLR

**Joint Stipulation and Order
for CR 35 Exam**

### I. Stipulation

  The parties hereto as evidenced by the signatures of their undersigned counsel have stipulated that Defendants may conduct a CR 35 examination in the manner set forth below.

  Dated this 22nd day of November, 2017.

  *s/Gordon Webb*

_____

  Dated this 22nd day of November, 2017.

  *s/ Melody C. Chang - per e-mail authority*

_____

Joint Stipulation and Order
for Examination Under CR 35
Page - 1

WEBB LAW FIRM
225 106TH AVENUE NE
BELLEVUE, WA. 98004
PH. 425-454-3800

Gordon C. Webb, WSBA # 22777
Webb Law Firm
225 106th Avenue NE
Bellevue, WA 98004
Telephone: 425.454.3800
Direct: 425.698.1081
Fax: 425.307.6446
E-mail: gordon@webblawfirm.net
Attorney for Plaintiffs

Melody C. Chang, WSBA #51612
Nicholas S. Politas, WSBA #50375
Flynn, Delich & Wise LLP
1420 5th Avenue, 3358
Seattle, WA 98101
Tel:    562.435.2626
Fax:    562- 437-7555
E-mail: melodyc@fdw-law.com
E-mail: nicholasp@fdw-law.com
Attorney for Defendants

## II. Finding

After reviewing the case record to date and the basis for the order, this Court finds that the stipulated order of the parties as set forth below should be GRANTED.

## III. Order for CR 35 Exam

**IT IS HEREBY ORDERED** that

1.      The Plaintiff Regina Wilkes shall submit to a CR 35 examination by Dr. Charles N. Brooks on December 7, 2017, at 10:30 AM (check-in) at the offices of Karmen Executive Center, 40 Lake Bellevue Drive #100, Bellevue, Washington 98004 (Telephone: 425-454-2222). The exam shall last no longer than 2 hours, including check-in. Any change to the date or time will be provided by Defendants to Plaintiff as soon as possible, but within 48 hours of Defendants' notification of same;

2.      Plaintiff's husband or some other observer may be present at the examination and may audio record it; however, any observer will not interfere with the examination. Defendants will not have a representative present at the exam;

3.      The Defendants may have only one CR 35 exam.

Joint Stipulation and Order
for Examination Under CR 35
Page - 2

4.     Defendants' counsel shall keep the examiner's report(s) confidential, except for purposes of defending this case; specifically, Defendant's counsel shall not disclose the report(s) to any other person or insurer.  At the end of the case, Defendants' counsel shall destroy copies of all reports and related documents, including Plaintiff's medical records;

5.     The scope of the examination shall be limited to such matters as may be necessary to evaluate the Plaintiff's condition which is in controversy, to wit the nature and extent of injuries suffered by Plaintiff in the cruise ship incident which is the subject of this lawsuit;

6.     The examiner shall submit his entire written report to Defendants' counsel within 20 days of completion of the exam.  Counsel for Defendants shall send a copy of the report to Plaintiff's counsel within 10 days after receipt by Defense counsel;

7.     Should Dr. Brooks not show up for the exam without a good faith basis no other exam will be allowed;

8.     The examiner shall do no invasive tests which pierce the skin; nor shall the examiner conduct any x-rays or imaging studies;

9.     No psychological or psychiatric tests may be given;

10.    The examiner shall ask no questions regarding negligence or legal liability; however, the examiner may inquire into the effect of the impact upon the Plaintiff's body leading to injury, and Plaintiff's medical history and treatment prior to the subject accident;

11.    The report of the examiner shall be detailed in writing and set forth separately

a.     The examiners findings,

b.     The results of all tests given,

Joint Stipulation and Order
for Examination Under CR 35
Page - 3

WEBB LAW FIRM
225 106TH AVENUE NE
BELLEVUE, WA. 98004
PH. 425-454-3800

c.      The examiner's diagnosis, and

d.      The examiner's conclusions, including all opinions on subjects requested by Defense counsel.

12.     In the event of a trial of this matter, the examiner shall be limited to testifying as to matters contained in his report disclosed to Plaintiff, and in rebuttal to medical testimony and evidence presented at trial.

13.     Defendants will cover Plaintiff's travel cost at the standard IRS medial mileage rate, and pay for any parking cost associated with attending the exam.

**DONE IN OPEN COURT this 26ᵗʰ day of November, 2017.**

Judge James L. Robart

**Presented By:**

s/Gordon C. Webb

GORDON C. WEBB, WSBA #22777
WEBB LAW FIRM
225 106ᵗʰ Avenue NE
Bellevue, WA 98004
Telephone: 425.454.3800
Direct: 425.698.1081
Fax: 425.307.6446
E-mail: gordon@webblawfirm.net
Attorney for Plaintiffs

**Approved by, Copy Received:**

s/ Melody C. Chang - per email authority

Melody C. Chang, WSBA #51612
Nicholas S. Politas, WSBA #50375
Flynn, Delich & Wise LLP
1420 5ᵗʰ Avenue, 3358
Seattle, WA 98101
Tel:   562.435.2626
Fax:   562-437-7555
E-mail: melodyc@fdw-law.com
E-mail: nicholasp@fdw-law.com
Attorney for Defendants

Joint Stipulation and Order
for Examination Under CR 35
Page - 4

WEBB LAW FIRM
225 106TH AVENUE NE
BELLEVUE, WA. 98004
PH. 425-454-3800