Hon. Judge James L. Robart

United States District Court
Western District of Washington
At Seattle

| Regina Wilkes, | No. 2:17-cv-00165-JLR |
|---|---|
| Plaintiff, | |
| vs. | **Stipulated Motion And Order To File Second Amended Complaint** |
| HAL Antillen NV, et al., | |
| Defendants. | **Note on Motion Calendar:** March 26, 2018 |

## STIPULATION

Pursuant to FRCP 15, the parties hereby stipulate and respectfully move the Court for an order permitting plaintiff Regina Wilkes to file a second Amended Complaint. Ms. Wilkes alleges that she sustained injuries to her right hand and fingers on February 14, 2016, while a passenger aboard the cruise ship ms Westerdam. She alleges that defects in an exterior ship door closed on her right hand causing injuries to her hand and fingers, including amputation of her right pinky finger. The parties have conducted discovery and Plaintiff wishes to amend

**Stipulation and Order to File**
**Second Amended Complaint** - 1
Case No 16-1805 MJP

WEBB LAW FIRM
SEATTLE MARITIME ATTORNEYS
225 106th Avenue North East
Bellevue, Washington 98004
Telephone 425.454.3800

her complaint to allege what she contends is the correct door. Defendants will have twenty (20) days to respond to plaintiff's Second Amended Complaint once filed.

THEREFORE, IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel of record that Plaintiff may, pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, file a Second Amended Complaint in this action, a true and correct copy of which is attached hereto as Exhibit A.

**DATED this 23rd day of March, 2018.**

*s/Gordon Webb*

Gordon C. Webb, WSBA # 22777
John Merriam, WSBA #12749
225 106th Avenue NE
Bellevue, WA 98004
Telephone: 425.454.3800
Fax: 425.307.6446
E-mail: gordon@webblawfirm.net
E-mail: merriam-maritimelaw.com
Attorneys for Plaintiff

**DATED this 23rd day of March, 2018.**

*s/ Nicholas S. Politis* PER EMAIL AUTHORITY

Nicholas S. Politis, WSBA#50375
Flynn, Delich & Wise, LLP
1420 5th Avenue, Suite 3358
Seattle, WA 98101
Telephone: 206.258.6311
Fax: 562.437.7555
E-mail: nicholasp@fdw-law.com
E-mail: melodyc@fdw-law.com
Attorneys for Defendants

**Stipulation and Order to File**
**Second Amended Complaint** - 2
Case No 2:17-00165-JLR

WEBB LAW FIRM
DBA SEATTLE MARITIME ATTORNEYS
225 106th Avenue North East
Bellevue, Washington 98004
Telephone 425.454.3800

## ORDER

Based on the stipulation of the parties and good cause appearing in support thereof, Plaintiff may file the Second Amended Complaint, which is attached as Exhibit A. Defendants shall have up to and including twenty (20) days to respond to plaintiff's Second Amended Complaint once filed.

IT IS SO ORDERED.

DATED this 23rd day of March, 2018.

_____
Hon. James L. Robart
United States District Judge

| Presented By: | Approved by, Copy Received: |
|---|---|
| s/Gordon Webb | s/ Nicholas S. Politis   PER EMAIL AUTHORITY |
| Gordon C. Webb, WSBA # 22777<br>John Merriam, WSBA #12749<br>225 106th Avenue NE<br>Bellevue, WA 98004<br>Telephone: 425.454.3800<br>Fax: 425.307.6446<br>E-mail: gordon@webblawfirm.net<br>E-mail: merriam-maritimelaw.com<br>Attorneys for Plaintiff | Nicholas S. Politis, WSBA#50375<br>Flynn, Delich & Wise, LLP<br>1420 5th Avenue, Suite 3358<br>Seattle, WA 98101<br>Telephone: 206.258.6311<br>Fax: 562.437.7555<br>E-mail: nicholasp@fdw-law.com<br>E-mail: melodyc@fdw-law.com<br>Attorneys for Defendants |

**Stipulation and Order to File Second Amended Complaint** - 3
Case No 2:17-00165-JLR

WEBB LAW FIRM
DBA SEATTLE MARITIME ATTORNEYS
225 106th Avenue North East
Bellevue, Washington 98004
Telephone 425.454.3800

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of March, 2018, I electronically filed the forgoing with the Clerk of the Court via the CM/ECF system which will send notification of such filing to the following counsel of record:

>Nicholas S. Politis, WSBA#50375
>1420 5th Avenue, Suite 3358
>Seattle, WA 98101
>Telephone: 206.258.6311
>Fax:  562.437.7555
>E-mail:  nicholasp@fdw-law.com
>E-mail:  melodyc@fdw-law.com
>Attorneys for Defendants

DATED this 23rd day of March, 2018.


s/Gordon Webb

**Stipulation and Order to File
Second Amended Complaint** - 4
Case No 2:17-00165-JLR

WEBB LAW FIRM
DBA SEATTLE MARITIME ATTORNEYS
225 106th Avenue North East
Bellevue, Washington 98004
Telephone 425.454.3800